■ A. ELAINE ROSE et al., Appellants, v. BENJAMIN BRENNER et al., Respondents.— Orders unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., M. M. Frank, Valente, McNally and Bergan, JJ.